# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG<br><br>Case Number 2:25-cv-11991 |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M Company (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS, INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S., INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS, INC. |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC.; |
| Defendant 11 | CHUBB FIRE, LTD.; |
| Defendant 12 | CLARIANT CORPORATION; |
| Defendant 13 | CORTEVA, INC.; |
| Defendant 14 | DUPONT DE NEMOURS INC. (f/k/a DOWDUPONT, INC.); |
| Defendant 15 | DYNAX CORPORATION; |
| Defendant 16 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; |
| Defendant 17 | KIDDE PLC; |
| Defendant 18 | NATIONAL FOAM, INC.; |
| Defendant 19 | RAYTHEON TECHNOLOGIES CORPORATION; |
| Defendant 20 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; |
| Defendant 21 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; |
| Defendant 22 | TYCO FIRE PRODUCTS L.P.; |
| Defendant 23 | UNITED TECHNOLOGIES CORPORATION; |
| Defendant 24 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC., |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

    ☒  Diversity

    ☐  Federal Question

    ☐  The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    O  Other: _____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

    - Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
    - Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
    - Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiffs Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

    Kidney Cancer
    Testicular Cancer
    Thyroid Disease
    Ulcerative Colitis
    Liver Cancer
    Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I — Defective Design
> Count II — Failure to Warn
> Count III — Negligence
> Count IV — Negligence Per Se
> Count V — Trespass and Battery
> Count VI — Strict Product Liability
> Count VII — Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII — Concealment, Misrepresentation, and Fraud
> Count IX — Conspiracy
> Count X — Wrongful Death
> Count XI — Loss of Consortium
>
> Other Causes of Action:
> Count XII — _____
> Count XIII — _____
> Count XIV — _____
> Count XV — _____
> Count XVI — _____
> Count XVII — _____
> Count XVIII — _____
> Count XIX — _____
> Count XX — _____
> Others
> _____
> _____
> _____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Dated: September 3, 2025     Respectfully submitted,

_____

Paul Mankin, Esq.
LAW OFFICE OF PAUL MANKIN, APC
1010 Turquoise St., Ste. 320
San Diego, CA 92109
Ph: 800-219-3577
Email: pmankin@paulmankin.com

*Attorneys for Plaintiffs*

# EXHIBIT A

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873***

| | Plaintiff Name | DOB | State of Residence | Home Venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Crear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) | Diversity or Federal Question? |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bailey, Shellcey | 6/22/1971 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 2 | Byland-Lucas, Mindy | 6/22/1964 | GA | Northern District of Georgia | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII, XI | Diversity |
| 3 | Lucas, Tomas | 7/3/1963 | GA | Northern District of Georgia | No | Yes | No | Byland-Lucas, Mindy Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 4 | Caggiano, Donna | 1/6/1963 | CA | Central District of California | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 5 | Chavez, Angela | 8/2/1957 | AZ | District of Arizona | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 6 | Clemons, John | 9/6/1957 | DC | District of Columbia | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 7 | Costales, Jacqueline | 7/30/1970 | NM | District of New Mexico | Yes | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 8 | Cottrell, Sheila | 4/10/1963 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 9 | Falcon, Jr., Robert | 3/21/1956 | LA | Eastern District of Louisiana | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 10 | Fletcher, Sandra | 6/18/2025 | WV | Northern District of West Virginia | No | Yes | No | Liver Cancer | III, IV, V, VI, VIII | Diversity |
| 11 | Garrido, Antonio | 7/31/1958 | CA | Central District of California | No | Yes | No | Kidney Cancer\|Liver Cancer | III, IV, V, VI, VIII, XI | Diversity |
| 12 | Jimenez, Yolanda Janette | 12/10/1983 | CA | Central District of California | No | Yes | No | Garrido, Antonio Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 13 | Gaunt, Diane | 6/1/1955 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 14 | Hennen, Jerald Scott | 10/22/1964 | ND | District of North Dakota | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 15 | Hillis, Dale | 3/19/1961 | MD | District of Maryland | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 16 | Hoskins, Katherine | 8/26/1976 | MO | Western District of Missouri | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 17 | Ingle, Laura | 2/23/1989 | IN | Northern District of Indiana | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 18 | Juarez, Juan | 6/24/1973 | CA | Central District of California | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII, XI | Diversity |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Rizo, Marcella | 2/7/1966 | CA | Central District of California | No | Yes | No | Juarez, Juan Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 20 | Kopp, Whitney | 4/2/1986 | WY | District of Wyoming | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 21 | Krewson, Rebecca | 8/3/1987 | CA | Southern District of California | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 22 | Levine, Clara | 9/21/1947 | MD | District of Maryland | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 23 | Lovelace, DeAngelo | 1/29/1956 | IL | Northern District of Illinoi | No | Yes | No | Thyroid Disorder | III, IV, V, VI, VIII | Diversity |
| 24 | Martinez, Jodi | 12/8/1966 | CA | Eastern District of California | Yes | Yes | No | Kidney Cancer | III, IV, V, VI, VIII, XI | Diversity |
| 25 | Martinez, Abel | 12/12/1967 | CA | Eastern District of California | Yes | Yes | No | Martinez, Jodi Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 26 | McGuire, Neil | 6/22/1979 | MA | District of Massachusetts | No | Yes | No | Testicular Cancer | III, IV, V, VI, VIII | Diversity |
| 27 | Miller, Tylene | 2/9/1967 | SD | District of South Dakota | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 28 | Norris, Rosemary | 2/18/1956 | IL | Northern District of Illinois | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII, XI | Diversity |
| 29 | Norris, Adolph | 3/24/1957 | IL | Northern District of Illinois | No | Yes | No | Norris, Rosemary Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 30 | Platts, Shelley | 5/30/1954 | MI | Western District of Michigan | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 31 | Prusia, Jackie | 7/3/1960 | CA | Eastern District of California | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 32 | Risner, Charlene | 5/20/1955 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 33 | Rolfe, Phyllis | 9/1/1968 | UT | District of Utah | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 34 | Runkle, Jason | 7/27/1971 | CA | Central District of California | Yes | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII, XI | Diversity |
| 35 | Elder, Beth | 2/2/1964 | CA | Central District of California | No | Yes | No | Runkle, Jason Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 36 | Skaggs, Holly | 12/18/1972 | IL | Central District of Illinois | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 37 | Stewart, Barbara | 12/10/1959 | CA | Northern District of California | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 38 | Stover, Douglas | 3/24/1971 | ME | District of Maine | No | Yes | No | Kidney Cancer | III, IV, V, VI, VIII | Diversity |
| 39 | Taylor, Ronald | 9/5/1969 | LA | Western District of Louisiana | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 40 | Torres, Jose | 6/2/1992 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 41 | Tyson, Catherine | 11/28/1950 | CA | Northern District of California | No | Yes | No | Kidney Cancer\|Thyroid Cancer | III, IV, V, VI, VIII | Diversity |

| # | Name | DOB | State | District | | | | Condition | Counts | Jurisdiction |
|---|---|---|---|---|---|---|---|---|---|---|
| 42 | Vincent, Cheryl | 5/21/1977 | MI | Western District of Michigan | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 43 | Ward-Johnson, Alicia | 1/10/1973 | MD | District of Maryland | No | Yes | No | Ulcerative Colitis | III, IV, V, VI, VIII | Diversity |
| 44 | Warner, Kassi | 6/19/1988 | IL | Northern District of Illinois | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 45 | Wengert, Carol | 12/27/1955 | LA | Eastern District of Louisiana | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII, XI | Diversity |
| 46 | Wengert, Brent | 2/9/1967 | LA | Eastern District of Louisiana | No | Yes | No | Wengert, Carol Consortium | III, IV, V, VI, VIII, XI | Diversity |
| 47 | Wiley, Travis | 8/2/1982 | MO | Western District of Missouri | No | Yes | No | Testicular Cancer | III, IV, V, VI, VIII | Diversity |
| 48 | Wright, Jordan | 6/1/1990 | WV | Southern District of West Virginia | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |
| 49 | Young, Aaron | 10/5/1971 | UT | District of Utah | No | Yes | No | Thyroid Cancer | III, IV, V, VI, VIII | Diversity |