AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| Shellcey Bailey, et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> 3M COMPANY (f/k/a Minnesota Mining and <br> Manufacturing Company) <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No.  2:25-cv-11991 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company)
3M Center
St. Paul, Minnesota 55144
3M_Service_AFFF_MDL@duffyandyoung.com

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Law Office of Paul Mankin, APC
1010 Turquoise St., Ste. 320
San Diego, CA 92109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

Additional Plaintiffs for Summons:

Byland-Lucas, Mindy
Lucas, Tomas
Caggiano, Donna
Chavez, Angela
Clemons, John
Costales, Jacqueline
Cottrell, Sheila
Falcon, Jr., Robert
Fletcher, Sandra
Garrido, Antonio
Jimenez, Yolanda
Janette
Gaunt, Diane
Hennen, Jerald Scott
Hillis, Dale
Hoskins, Katherine
Ingle, Laura
Juarez, Juan
Rizo, Marcella
Kopp, Whitney

Krewson, Rebecca

Levine, Clara
Lovelace, DeAngelo
Martinez, Jodi
Martinez, Abel
McGuire, Neil
Miller, Tylene
Norris, Rosemary
Norris, Adolph
Platts, Shelley
Prusia, Jackie
Risner, Charlene
Rolfe, Phyllis
Runkle, Jason
Elder, Beth
Skaggs, Holly
Stewart, Barbara
Stover, Douglas
Taylor, Ronald
Torres, Jose
Tyson, Catherine

Vincent, Cheryl
Ward-Johnson, Alicia
Warner, Kassi
Wengert, Carol
Wengert, Brent
Wiley, Travis
Wright, Jordan
Young, Aaron

Additional Defendants for Summons:

**AGC CHEMICALS AMERICAS, INC.;**
agccaservice@crowell.com

**AMEREX CORPORATION;**
lkerrigan@kmcllaw.com
mtrevino@maynardnexsen.com

**ARCHROMA U.S., INC.;**
robertjordan@parkerpoe.com
steveweber@parkerpoe.com
charlesraynal@parkerpoe.com
janicestafford@parkerpoe.com
peter.farrell@kirkland.com
ArchromaUS_AFFMDL_Service@kirkland.com

**ARKEMA INC.;**
AFFFArkemaService@sidley.com

**BASF CORPORATION;**
BASF-AFFF-Service@dlapiper.com

**BUCKEYE FIRE EQUIPMENT COMPANY;**
BuckeyeAFFFservice@gastonlegal.com

**CARRIER GLOBAL CORPORATION; CHEMDESIGN PRODUCTS, INC.;**
KiddeDefendantsAFFF@daypitney.com

**CHEMGUARD, INC.;**
mdlafff@jci.com
afffservice@wc.com

**CHUBB FIRE, LTD.;**
Chubb_Service_AFFFMDL@bclplaw.com


**CLARIANT CORPORATION;**
4000 Monroe Road
Charlotte, North Carolina 28205

**CORTEVA, INC.;**
AFFFservice@bartlitbeck.com


**DUPONT DE NEMOURS INC. (f/k/a DOWDUPONT, INC.);**
974 Centre Road
Wilmington, Delaware 19805

**DYNAX CORPORATION;**
DynaxService@smithlaw.com


**E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise;**
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com


**KIDDE PLC;**
KiddeDefendantsAFFF@daypitney.com


**NATIONAL FOAM, INC.;**
smithkei@gtlaw.com

**RAYTHEON TECHNOLOGIES CORPORATION;**
1000 Wilson Boulevard
Arlington, Virginia 22209


**THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise;**
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com

**THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise;**
DBDWERLKOTTE@shb.com
jhackman@shb.com
sdrum@shb.com


**TYCO FIRE PRODUCTS L.P.;**
mdlafff@jci.com
afffservice@wc.com


**UNITED TECHNOLOGIES CORPORATION;**
KiddeDefendantsAFFF@daypitney.com


**UTC FIRE & SECURITY AMERICAS CORPORATION, INC.,**
KiddeDefendantsAFFF@daypitney.com

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:25-cv-11991

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc: